IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL D. SIMMONS,<br><br>    Plaintiff,<br><br>        vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>    Defendant. | Case No. 6:18-cv-01107-MK<br><br><br>ORDER APPROVING PLAINTIFF'S MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) |

   After considering Plaintiff's Motion for Attorney Fees, and counsel for Defendant having no objection, Order is hereby granted in the sum of $14,557.10 for attorney fees pursuant to 42 U.S.C. §406(b).  When issuing the § 406(b) check for payment to Plaintiff's attorney, the Commissioner is directed to send the full award of $14,557.10, less any applicable processing or user fees prescribed by statute, to Plaintiff's attorney, Mark A. Manning, at HARDER, WELLS, BARON & MANNING, P.C., 474 Willamette Street, Eugene, Oregon 97401.  Any amount withheld after all administrative and court attorney fees are paid should be released to the claimant.

   IT IS SO ORDERED this 10th day of September 2021.

s/ Mustafa T. Kasubhai<br>
MUSTAFA T. KASUBHAI<br>
United States Magistrate Judge

Proposed Order submitted by:
Mark A. Manning
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR   97401
(541) 686-1969
mmanning@hwbm.net
Of Attorneys for Plaintiff